IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OLEN CLAY GORBY,**

       Petitioner,

vs.                         CASE NO. 5:06-CR-136-SPM

**JAMES R. McDONOUGH, et al.,**

       Respondents.
_____/

ORDER GRANTING IN FORMA PAUPERIS STATUS
AND APPOINTING COUNSEL

**THIS CAUSE** comes before the Court upon the "Motion to Proceed in forma Pauperis" (doc. 2) and the "Petitioner's Motion for Appointment of Counsel Pursuant to the Criminal Justice Act" (doc. 3), both filed June 30, 3006. Petitioner is a death-sentenced inmate filing a federal petition for writ of habeas corpus, having exhausted his state post-conviction appeals. D. Todd Doss, a former Capital Collateral Counsel attorney, represented Petitioner throughout his state proceedings and now requests to be appointed in this case as Petitioner's counsel. Counsel also asks that the appointment be made *nunc pro tunc* to May 10, 2006, the date Petitioner's state habeas corpus petition was denied, because he began preparing the instant federal petition at that time.

Dockets.Justia.com

The Court finds the request reasonable, and finds as well that Petitioner has demonstrated that he is without funds to pay for an appeal.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to proceed in forma pauperis (doc. 2) is hereby *granted*.

2. The motion to appoint counsel (doc. 3) is hereby *granted*. D. Todd Doss, (386) 755-9119, a member in good standing of the Florida Bar, is appointed to represent Petitioner in this case.

3. The appointment of counsel is made *nunc pro tunc* to **May 10, 2006**.

4. On or before ***August 31, 2006***, Respondent shall file an answer in compliance with Rule 5 of the Rules Governing § 2254 Cases. Petitioner may file a reply within thirty (30) days of the date of the filing of Respondent's answer.

**DONE AND ORDERED** this <u>thirteenth</u> day of July, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge